Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
для
District of Maryland

Nothern Division

FILED ____ ENTERED
____ LOGGED ____ RECEIVED

AUG 1 5 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

| | |
|---|---|
| U.S AIR FORCE VETERAN<br>Peter F. T Azille<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>(Barbados US Embassy)<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. __DKC 19 CV 2350__<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

  **A.**  The Plaintiff(s)

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | Peter F. T Azille |
  | Street Address | Po Box 522188 |
  | City and County | Miami Fl 33152 ANU 1118 |
  | State and Zip Code | Florida |
  | Telephone Number | 3472708623 |
  | E-mail Address | AzillePeter@hotmail.com |

  **B.**  The Defendant(s)

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: U.S Embassy Of Barbados Agents
- Job or Title *(if known)*: Immigration Officers Agents
- Street Address: U.S. Embassy Rd,
- City and County: Bridgetown, Barbados
- State and Zip Code: Barbados
- Telephone Number: 1 246-227-4000
- E-mail Address *(if known)*: BridgetownIV@state.gov

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S. Code §☐241.Conspiracy against rights,

Hana vs Gonzalez, 400 F.3d472 (6th Cir.2005.)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* Agents , Private and Public compacity , is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.      If the defendant is a corporation

The defendant, *(name)* U.S Embassy of Barbados, is incorporated under the laws of the State of *(name)* U.S, and has its principal place of business in the State of *(name)* Barbados.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* Bridgtown Barbados.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

On March 26th 2019 it will be a year, that is 365 days of a continued violation, Mr. Azille request to be compensated for pain suffering mental anguish, expenses travel telecommunications Transportation, and Time for these 365 plus day at the amount of $10,000 USD a day, bring judgement of $3.5million USD $3,500,000 USD

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

18 U.S. Code §☐241.Conspiracy against rights ,On March 26th 2019 it will be a year, that is 365 days of a continued violation, Mr. Azille request to be compensated for pain suffering mental anguish, expenses travel telecommunications Transportation, and Time for these 365 plus day at the amount of $10,000 USD a day, bring judgement of $3.5million USD $3,500,000 USD

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

18 U.S. Code §□241.Conspiracy against rights ,On March 26th 2019 it will be a year, that is 365 days of a continued violation, Mr. Azille request to be compensated for pain suffering mental anguish, expenses travel telecommunications Transportation, and Time for these 365 plus day at the amount of $10,000 USD a day, bring judgement of $3.5million USD $3,500,000 USD

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 29/07/2019

Signature of Plaintiff

Printed Name of Plaintiff   Peter F.T Azille

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

**UNITED STATES DISTRICT COURT**
**101 West Lombard Street**
**Baltimore, MD ☐21201**

**US AIR FORCE VETERAN**
**Peter F. T Azille**
**VS**
**(U.S Embassy of Barbados )**
**Civil Action**

___ FILED   ___ ENTERED
___ LOGGED   ___ RECEIVED

AUG 1 5 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

**Grounds-** Negligence

Mr. Azille Thanks the Honorable Court acceptance of his petition,

Readdress- Mr. Azille Concedes that (H.R. 1405 (115th): Veterans Visa and Protection Act of 2017) did in fact die in Congress but the principals and values, and the reason that it was introduced into Congress have not. It gives testimony that we as a Society cannot neglect those who have sacrificed (Time Blood Sweat and Tears), to up hold the very fabric of Society and the very freedoms that allow the US Embassy of Barbados agents to enact Violations of this kind, and then those same freedoms and liberties that Veterans have help to build is not given to them me by the US Embassy of Barbados agents. They Maliciously and intentionally Misdirected and denied proper procedure that has been set in place by USCIS to avoid these type of occurrences. Mr. Azille contacted the US Embassy of Barbados on March 19 2018 and then again on the March, 20, 2018.

US Barbados has direct contact with USCIS system and data base, they were fully aware that USCIS had sent out Biometrics request to Mr. Azille, and could have always gone through the proper chain of command to inquire as to what needed to be done. US embassy of Barbados agents took it upon themselves to give Mr. Azille disinformation Charge him for a Boarding foil, then denied it, then charge him for a returning resident visa and denied it, all while knowing that the USCIS system reflected that all was need was a biometrics scan, and seeing that Mr. Azille is an eligible Veteran Mr. Azille didn't have to pay for that Biometrics scan. Mr. Azille Initially ask for what was required by USCIS. Mr. Azille in his frustration's did research at the time to what benefits he was entitle as a veteran hence the Veterans Visa act. The very point of this Petition is to show neglect, the neglect and total disregard for established procedure, that was so blatantly and, maliciously executed by US of Barbados embassy agents. From date it's been

almost a calendar year since Mr. Azille had first Contact with the US Embassy of

Barbados agents, and Mr. Azille has not return to his Domicile.

in the US to be with his Children and family Mr. Azille missed his First Sons High school

graduation in May of 2018 due to US Embassy of Barbados agent's violation. Because Violation

of a public agency on a citizen rights cannot be over look. (18 U.S. Code §□241.Conspiracy

against rights). If two or more persons conspire to injure, oppress, threaten, or intimidate

any person in any State Territory, Commonwealth, Possession, or District in the free exercise or

enjoyment of any right or privilege secured to him by the Constitution or laws of. Hana vs

Gonzalez, 400 F.3d472 (6th Cir.2005.) The Honorable US District Court is correct in its

Judgement Regarding a Petition on Mandamus, based sole on (Legal right) and the Veterans

Visa Act Bill of 2017 witch died in Congress there by not given legal right of Mandamus. Which

is one part of the Natural and legal rights that Mandamus must satisfy if an order is granted or

not. The other aspect is (Natural rights), Natural rights are those that are not dependent on the laws or

customs of any particular culture or government, and so are universal and inalienable, (they cannot be

repealed or restrained by human laws). It would appear That US Embassy of Barbados agents have

Violated both Legal and Natural rights of Mr. Azille, by failing to follow USCIS Mandatory procedure

when it comes to collection of a Person's Biometrics,

and in doing so has caused Mr. Azille untimely delay loss of money family etc, as previously listed.

Mr. Azille was finally issued a Biometrics appointment date by The US Embassy of Barbados agents.

They did not email this appointment they told Mr. Azille to come in after repeated phone calls. Upon

taken the ink biometric on paper finger prints (Biometrics), and not the Mandatory Implemented

procedural Scanned Finger Prints Biometrics that would go directly to USCIS data base. The US

Embassy of Barbados agents in Blatant disregard for policy. Sent Mr. Azille home with the un authorized

ink finger prints, and told Mr. Azille that he had to mail it himself to the USCIS center in Virginia. When

Mr. Azille ask US Embassy of Barbados agent (Lee) why did he not do the scan finger prints biometrics.

He was told that he had what he needed and to get out before security threw him out. USCIS was not able

to process my finger prints for my Green card because they were not taken in the Proper Mandatory

USCIS manner regulated and uploaded into the USCIS Data base. US Embassy s of Barbados agents,

breach of lawful duties effected my Legal and Natural rights and has continue to do so every day for 365

days. In tort law, a duty of care is a legal obligation which is imposed on an individual requiring

adherence to a standard of reasonable care while performing any acts that could foreseeably

harm others. It is the first element that must be established to proceed with an action

in negligence. The US Embassy of Barbados agents has Demonstrated that threw misdirection

and going against already establish procedure its Malicious dereliction of public and societal

duties, The Honorable US District court would be in (Negligence) by not ensuring that by not

granting the Mandamus order, they are not in act of a negligence themselves, which they very

much would be, if the Mandamus order is not granted. Mr. Peter Azille Children, Peter

Azille III 19 years old, Aniyah Bernice Azille18 years, John Azille years 10, All 3 are American

Citizen and Members of Society, all of witch who need Mr. Azille Financial Support and Love,

and by not granting the Mandamus, the court would be in direct cause of these Children's

Breakdown and potential loss of life, Mr. Azille Education Career skills are all based in the

United States Mr. Azille still owes student loans, and the damages

that he and his family would face would be in the potential $110,000,000 for Financial

Emotional, and potential physical damages if something should happen to one of the Children,

that could have been prevented with their Fathers presence. The United States District Court

Being made aware of the Violation (18 U.S. Code §☐241.Conspiracy against rights), enacted on

Mr. Azille by US Embassy of Barbados agents is now liable.

The claimant must be able to show a duty of care imposed by law which the defendant has

breached. In turn, breaching a duty may subject an individual to liability. Mr. Azille Has

demonstrated this Dereliction of public duty by US Embassy of Barbados agents.

The duty of care may be imposed *by operation of law* between individuals who have

no *current* direct relationship (familial or contractual or otherwise) but eventually become related

in some manner, as defined by common law (meaning case law).

Duty of care may be considered a formalization of the social contract, the implicit

responsibilities held by individuals towards others within society. It is not a requirement that a

duty of care be defined by law, though it will often develop through the jurisprudence

of common law. In Order to complete his Paper work for replacement Green Card.

to get his Biometrics done. Mr. Azille went to the US Embassy of Barbados. Instead of the

Barbados Embassy taken the Biometrics with the standardized Machine scanners, Barbados

Embassy took Biometrics with ink and paper, when ask why" they said nothing of the Mandatory Machine Scanners "and then gave Mr. Azille the finger prints to be mailed out. The Barbados embassy knew that USCIS would not accept those biometrics by mail the Barbados embassy has shown great negligence and dis information. Causing this un Godly delay and has and continues to hurt Mr. Azille and his family with their deliberate acts of malice and neglect. USCIS states in recent correspondence that US Embassy of Barbados showed extreme neglect, and USCIS is in current communication to try to rectify Mr Azille's immediate return to his Domicile.

If the Barbados Embassy had followed company protocol they would have used the appropriate Biometrics scanner and instantly the Biometrics would have been uploaded into the USCIS data base. Theirs clearly something wrong with this picture and it all boils down to Neglect, Mr.

Mr. Azille is a Proud Veteran of the United Sates Air force

and has served his country without a second thought, Mr. Azille continues to serve his country

and society threw his efforts in this petition, if and wrong is done to one of us it is done to all of

us. If the US Embassy of Barbados agents can do this to a US Veteran, they can do it to anyone.

The Honorable United States District Court must understand that Mr. Azille has exercised all

measures to utilize the correct process.

Mr. Azille request judgement in his favor for Writ of Mandamus, and judgement for $3.5

million USD in pain suffering, disfranchisement. Occurring on March 26th 2018, on the 26th of

March 2019 it will be a year, that is 365 days consecutive of violation (18 U.S.

Code §☐241.Conspiracy against rights), without apology.

Mr. Azille request to be compensated for pain suffering mental anguish,

expenses travel, Time, for these 365 plus day at the amount of $10,000 USD a day $300,000 a

month bringing judgement of $3.5million USD.  Mr. Azille has not return to his Domicile in the

US to be with his Children and family Violation of a public agencies on a citizen rights cannot be

over look. (18 U.S. Code § 241.Conspiracy against rights) Mr. Azille request judgement

(Forth With).

Peter F.T Azille II
US Air Force Veteran
Pro Se

___ FILED   ___ ENTERED
___ LOGGED  ___ RECEIVED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

AUG 5 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

U.S Veteran Peter Azille

\*

v.                      Case No. _____

\*

U.S Embassy of Barbados

\*

## CERTIFICATE OF SERVICE

I hereby certify that on __5th August 2019__, a copy of __Class Action Law suit__ which was electronically filed in this case on _____, was mailed via first class mail, postage prepaid, to _____

__United States District court of Maryland.__

29/07/2019
Date

Signature _____

Printed Name and Bar Number

Address
Peter Azille
PO Box 522188 ANU 1118
Miami Fl 33152
Email Address
AzillePeter@hotmail.com

Telephone Number
1758-460-6600

Fax Number

CertificateofService (06/2016)